BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
MICHAEL C. KANE. ESQ.
Nevada Bar No. 10096
MARK A. ROUSE, ESQ.
Nevada Bar No. 012273
**THE702FIRM**
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
*E-Mail: brad@the702firm.com*
*mike@the702firm.com*
*mark@the702firm.com*
and
ADAMS S. KUTNER, ESQ.
Nevada Bar No. 4310
**ADAM S. KUTNER & ASSOCIATES**
1137 South Rancho Drive, Suite 150A
Las Vegas, Nevada 89102
Telephone: (702) 382-0000
Facsimile: (702) 382-7896
*E-Mail: akutner@adamskutner.com*
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ANTONIO HERNANDEZ, individually,<br><br>Plaintiff,<br>vs.<br><br>TRUDY ANN GOMEZ, individually, DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00736-RFB-VCF<br><br>**STIPULATION AND ORDER TO CHANGE CASE CAPTION AND SUBSTITUTE ELIZA R. YEAFOLI AS SPECIAL ADMINISTRATOR OF THE ESTATE OF TRUDY ANN GOMEZ IN THE PLACE OF DEFENDANT TRUDY ANN GOMEZ** |

Due to the sudden death of Defendant, TRUDY ANN GOMEZ, it is necessary to substitute another party in place of the Defendant for the purpose of continuing the instant action. Defendant, TRUDY ANN GOMEZ, passed away on October 13, 2019, in Houston County, Georgia and was a resident of Houston County, Georgia. A Petition for Appointment of Special Administrator and for Issuance of Letter of Special Administration, was filed on January 28, 2020,

in the Eight Judicial District Court of Nevada. A copy of which is attached hereto as Exhibit "1". As such, a hearing was scheduled for March 6, 2020, and a Notice of Hearing was filed on January 28, 2020, attached herein as Exhibit '2".

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel of record, that ELIZA R. YEAFOLI, of THE ESTATE ADMINISTRATORS, LLC, Special Administrator of the Estate of Trudy Ann Gomez, be substituted in as a Defendant in this action.

DATED this 27th day of February, 2020      DATED this 27th day of February, 2020

THE702FIRM                                  RANALLI ZANIEL FOWLER & MORAN, ESQ.

By: /s/ Mark A. Rouse, Esq.                 By: /s/ Carlos Blumberg, Esq.
    Mark A. Rouse, Esq.                         Carlos Blumberg, Esq.
    Nevada Bar No. 12273                        2400 W. Horizon Ridge Parkway
    400 S. Seventh St., Suite 400               Henderson, NV 89052
    Las Vegas, NV 89101                         Attorneys for Defendant
    Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that ELIZA R. YEAFOLI, Special Administrator of the Estate of TRUDY ANN GOMEZ be substituted in as Defendant in this action.

IT IS FURTHER ORDERED that the Clerk of the Court amend the caption to reflect the properly named Defendant, as ELIZA R. YEAFOLI, Special Administrator for the Estate of TRUDY ANN GOMEZ.

DATED this 2nd day of March, 2020.

_____
Cam Ferenbach
United States Magistrate Judge

Submitted by:

THE702FIRM

By: /s/ Mark A. Rouse, Esq.
    Mark A. Rouse, Esq.
    Nevada Bar #12273
    Attorney for Plaintiff