**SAO**
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**VICKI DRISCOLL, ESQ.**
Nevada Bar No. 3939
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com
Attorneys for Defendant,
ELIZA R. YEAFOLI, as Special
Administrator of the
Estate Of Trudy Ann Gomez

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ANTONIO HERNANDEZ,           Plaintiff, vs. ELIZA R. YEAFOLI, Special Administrator of the Estate of TRUDY ANN GOMEZ, DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,           Defendants. | 2:19-cv-00736-RFB-VCF Judge: Richard F. Boulware II Magistrate Judge: Cam Ferenbach |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JUAN ANTONIO HERNANDEZ, and Defendant, ELIZA R. YEAFOLI as Special Administrator of the Estate Of Trudy Ann Gomez, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendant, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

1

1  It is Further Stipulated that the current trial date be
2  vacated.

| | |
|---|---|
| DATED: August 25, 2020<br><br>**RANALLI ZANIEL FOWLER & MORAN**<br><br>/s/ George M. Ranalli<br>_____<br>**GEORGE M. RANALLI, ESQ.**<br>Nevada Bar No. 5748<br>**CARLOS BLUMBERG, ESQ.**<br>Nevada Bar No. 7607<br>2400 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>*Attorneys for Defendant,*<br>*ELIZA R. YEAFOLI, as Special*<br>*Administrator of the*<br>*Estate Of Trudy Ann Gomez* | DATED: August 25, 2020<br><br>**ADAM S. KUTNER, P.C.**<br><br>/s/ John P. Jimenez<br>_____<br>**ADAM S. KUTNER, ESQ.**<br>Nevada Bar No.: 4310<br>**JOHN P. JIMENEZ, ESQ.**<br>Nevada Bar No.: 11400<br>1137 S. Rancho Drive,<br>Suite 150-A<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff,*<br>*JUAN ANTONIO HERNANDEZ* |
| Dated: August 25, 2020<br><br>**THE702FIRM**<br><br>/s/ Mark A. Rouse<br>_____<br>**MICHAEL C. KANE, ESQ.**<br>Nevada Bar No.: 8857<br>**BRADLEY J. MEYERS, ESQ.**<br>Nevada Bar No.: 10096<br>**MARK A. ROUSE, ESQ.**<br>Nevada Bar No.: 012273<br>400 s. 7th Street, Suite 400<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff,*<br>*JUAN ANTONIO HERNANDEZ* | |

**ORDER**

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendant, be dismissed with prejudice; each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that the current trial date be vacated.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of August, 2020.

Respectfully Submitted By:

**RANALLI ZANIEL FOWLER & MORAN, LLC**

*/s/ George M. Ranalli*
_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**CARLOS BLUMBERG, ESQ.**
Nevada Bar No. 7607
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
*Attorneys for Defendant,*
*ELIZA R. YEAFOLI, as Special*
*Administrator of the*
*Estate Of Trudy Ann Gomez*

3